FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 17 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-030-JAD-(CWH) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| RAFAEL CRUZ-RODRIGUEZ, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Section 853(a)(1) and (a)(2) based upon the plea of guilty by defendant Rafael Cruz-Rodriguez to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Amended Bill of Particulars, and the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Rafael Cruz-Rodriguez pled guilty. Indictment, ECF No. 54; Amended Bill of Particulars, ECF No. 95; Change of Plea, ECF No. 121; Plea Agreement, ECF No. 122; Preliminary Order of Forfeiture, ECF No. 124.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 21, 2016, through October 20, 2016, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 147.

///

///

This Court finds the United States of America notified known third parties by personal service, or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 149 and ECF No. 150.

On November 9, 2016, the Federal Bureau of Investigation personally served Everado Hernandez, Inmate No. 50277-048, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 149.

On November 8, 2016, the Federal Bureau of Investigation personally served Kathleen Bliss, Counsel for Juan Almeda-Vasquez, a.k.a. Everado Hernandez-Ulloa, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Supplemental Service of Process – Personal Service, ECF No. 150.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. $22,700; and
2. $5,189

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property

///

2

forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 17th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE