# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br>　　Plaintiff<br>v.<br>Rafael Cruz-Rodriguez,<br>　　Defendant | 2:16-cr-00030-JAD-CWH-3<br>**Order Denying Spanish Language Motions**<br>[ECF No. 230, 231, 232] |

　　Defendant Rafael Cruz-Rodriguez has filed a motion seeking relief from his sentencing under 28 U.S.C. § 2255,[1] along with an application to proceed *in forma pauperis*,[2] and a motion for appointment of counsel.[3] But all three filings are written entirely in Spanish. I do not speak Spanish, and I am unable to translate them. So, Mr. Rodriguez must file new documents in the English language if he wants me to consider his requests for relief.

　　Accordingly, IT IS HEREBY ORDERED that the motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 **[ECF No. 230]**, application to proceed *in forma pauperis* **[ECF No. 231]**, and motion for appointment of counsel **[ECF No. 232] are DENIED without prejudice to Mr. Rodriguez's ability to refile them in ENGLISH**.

　　DATED: February 20, 2018.

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 230.

[2] ECF No. 231.

[3] ECF No. 232.